No. 76–1026. FEDERATED PUBLICATIONS, INC., DBA STATE JOURNAL v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 76–1047. GLOBAL INDUSTRIES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 76–1061. SANG YON SHIN v. IMMIGRATION AND NATURALIZATION SERVICE; and JOON DUCK CHOI v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 76–1067. HEMPHILL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1070. SMALDONE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1073. PARRISH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–1082. FARMERS & TRADERS STATE BANK OF MEREDOSIA v. MAGILL. C. A. 7th Cir. Certiorari denied.

No. 76–1086. LOCAL UNION No. 391, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 76–1110. HARMER ET AL. v. MOTION PICTURE FILM ENTITLED "THE DEVIL IN MISS JONES" ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1118. JOHNSON, ADMINISTRATRIX, ET AL. v. ATLANTIC CITY ELECTRIC CO. ET AL. C. A. 3d Cir. Certiorari denied.